IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MICHAEL CHASE MONTGOMERY | § | |
| VS. | § | CIVIL ACTION NO. 1:22cv11 |
| WARDEN, FCC BEAUMONT | § | |

### MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner Michael Chase Montgomery, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends the above-styled petition be dismissed without prejudice.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  A copy of the report was mailed to petitioner at the address provided to the Court.  The copy of the report mailed to petitioner was returned to the Court with a notation that petitioner is no longer at that address.  Petitioner, however, has failed to provide the Court with a new address at which he may be contacted.  As of this date, no objections to the Report and Recommendation of United States Magistrate Judge have been filed.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is ADOPTED.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

**SIGNED this 22nd day of April, 2022.**

_____
Michael J. Truncale
United States District Judge